UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Chaveratana Susia Ledvina,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　Defendants. | **AMENDED ORDER FOR STATUS AND SCHEDULING CONFERENCE**<br><br>Case No.: 2:14-cv-01414-RFB-PAL |
| Fabian Villarreal,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　Defendants. | Case No.: 2:14-cv-01415-RFB-PAL |
| Christine M. Harwick<br><br>　　　　Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　Defendants. | Case No.: 2:14-cv-01651-RFB-PAL |

| | |
|---|---|
| Andjelka Knezevic,<br><br>          Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>          Defendants. | Case No.: 2:14-cv-01655-RFB-PAL |
| Osvaldo Raul Andreatta,<br><br>          Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>          Defendants. | Case No.: 2:15-cv-00749-RFB-PAL |
| Rajii Arora,<br><br>          Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>         Defendants. | Case No.: 2:15-cv-00751-RFB-PAL |
| Frank Baccala,<br><br>          Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>         Defendants. | Case No.: 2:15-cv-00752-RFB-PAL |

| | |
|---|---|
| Erin Saak,<br><br>        Plaintiff,<br>v.<br>Eldorado Resorts Corporation *et al.*,<br>        Defendants. | Case No.: 2:15-cv-00754-RFB-PAL |
| Saeed Azizi,<br><br>        Plaintiff,<br>v.<br>Eldorado Resorts Corporation *et al.*,<br>        Defendants. | Case No.: 2:15-cv-00755-RFB-PAL |
| Douglas Bull,<br>        Plaintiff,<br>v.<br>Eldorado Resorts Corporation *et al.*,<br>       Defendants. | Case No.: 2:15-cv-00756-RFB-PAL |
| Andrew Moser,<br>        Plaintiff,<br>v.<br>Eldorado Resorts Corporation *et al.*,<br>       Defendants. | Case No.: 2:15-cv-00757-RFB-PAL |
| Corey Wells,<br>        Plaintiff,<br>v.<br>Eldorado Resorts Corporation *et al.*,<br>       Defendants. | Case No.: 2:15-cv-01006-RFB-PAL |

| | | |
|---|---|---|
| 1 | Lance Burns, | |
| 2 |         Plaintiff, | |
| 3 | v. | Case No.: 2:15-cv-01009-RFB-PAL |
| 4 | Eldorado Resorts Corporation *et al.*, | |
| 5 |         Defendants. | |
| 6 | Sean Mitropanopolous, | |
| 7 |         Plaintiff, | |
| 8 | v. | |
| 9 | | Case No.: 2:15-cv-01014-RFB-PAL |
| 10 | Eldorado Resorts Corporation *et al.*, | |
| 11 |         Defendants. | |
| 12 | Steven Olshansky, | |
| 13 |         Plaintiff, | |
| 14 | v. | Case No.: 2:15-cv-01017-RFB-PAL |
| 15 | Eldorado Resorts Corporation *et al.*, | |
| 16 |         Defendants. | |
| 17 | | |
| 18 | Gail Barnes, | |
| 19 |         Plaintiff, | |
| 20 | v. | Case No.: 2:15-cv-01026-RFB-PAL |
| 21 | Eldorado Resorts Corporation *et al.*, | |
| 22 |         Defendants. | |
| 23 | | |
| 24 | Don Parr, | |
| 25 |         Plaintiff, | Case No.: 2:15-cv-01028-RFB-PAL |
| 26 | v. | |
| 27 | El Dorado Resorts Corporación *et al.*, | |
| 28 |         Defendants. | |

| | |
|---|---|
| Mohammed Ali Sekkat,<br><br>    Plaintiff,<br><br>v.<br><br>El Dorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01029-RFB-PAL |
| Marcella Parr,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01030-RFB-PAL |
| Susan Scheinburg,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01031-RFB-PAL |
| Julie Santovito,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01032-RFB-PAL |

A status and scheduling conference is **RESET** for **2:00 p.m., September 4, 2015, in Las Vegas Courtroom 3B** before the Honorable Peggy A. Leen and the Honorable George A. Foley.

Dated this 4th day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE